# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gagandeep Singh, | No. CV-20-00945-PHX-JJT (MTM) |
| Petitioner, | **ORDER** |
| v. | |
| Chuck Keeton, *et al.*, | |
| Respondents. | |

At issue is the Report and Recommendation ("R&R", Doc. 30) submitted by United States Magistrate Judge Michael T. Morrissey, recommending that the Court grant Respondents' Motion to Dismiss (Doc. 27) the Amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Petition," Doc. 5). In the R&R, Judge Morrissey warned Petitioner he had 14 days from entry of the R&R to file specific written objections thereto, and his failure to do so "could result in the acceptance of the Report and Recommendation by the district court without further review." (R&R at 5.) It is now well past the 14 day deadline and Petitioner has filed no objections. The Court may therefore accept the R&R and rule consistent with it, and it will do so.

Even upon a review of Respondents' Motion to Dismiss on its merits, the Couert would grant it. Judge Morrissey correctly concluded that pursuant to the Supreme Court's decision in *Dep't of Homeland Sec. v. Thuraissigiam*, 140 S. Ct. 1959 (2020), this Court lacks habeas jurisdiction over Petitioner's claims. Thuraissigiam is dispositive of the Petition.

IT IS THEREFORE ORDERED adopting in whole Judge Morrissey's R&R in this matter.

IT IS FURTHER ORDERED granting Respondents' Motion to Dismiss (Doc. 27) and dismissing the Petition for lack of jurisdiction. The Clerk of Court shall terminate this matter.

Dated this 19th day of January, 2021.

Honorable John J. Tuchi
United States District Judge